**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

MARSHALL SEARS,                          )
                                         )
    Petitioner,                      )
                                         )
v.                                       )     CASE NOS. CV416-244
                                         )               CR414-339
UNITED STATES OF AMERICA,                )
                                         )
    Respondent.                      )
_____  )

## O R D E R

Before the Court is the Magistrate Judge's Report and
Recommendation (Doc. 2), to which no objections have been filed.
After a careful de novo review of the record, the Court
determines that Petitioner's objections are without merit.
Accordingly, the report and recommendation is **ADOPTED** as the
Court's opinion in this case and Petitioner's 28 U.S.C. § 2255
motion is **DENIED**. In addition, Petitioner is not entitled to a
Certificate of Appealability, rendering moot any request for in
forma pauperis status on appeal. The Clerk of Court is **DIRECTED**
to close this case.

SO ORDERED this **26ᵗʰ** day of October 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA